IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWARD M. QUINTANA,

    Plaintiff,

 v.                                                                       No. 13-cv-1019 SMV

CAROLYN W. COLVIN,
**Acting Commissioner of**
**Social Security Administration,**

    Defendant.

## ORDER GRANTING MOTION TO SEAL ADMINISTRATIVE RECORD

THIS MATTER is before the Court on Defendant's Unopposed Motion to Seal Administrative Record [Doc. 18], filed on February 5, 2014.  The Court, being advised that the Motion is unopposed and being otherwise fully advised in the premises, finds that the motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Seal Administrative Record [Doc. 18] be **GRANTED**.  The administrative record lodged by Defendant in the above-referenced case shall be permanently sealed.  Access to the administrative record shall be limited to the Court and the case participants only.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**